```
LAW OFFICES OF FRANK SORRENTINO
FRANK SORRENTINO, ESQ.
Nevada Bar No.:  000421                              E-filed: 6/23/10
ANTHONY V. SORRENTINO, ESQ.
Nevada Bar No.:  000420
1118 East Carson Avenue
Las Vegas, Nevada 89101
(702) 384-6824
Attorney for Debtor
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re | ) | BK-S-08-14464-LBR |
| **DONALD MCFARLAND** | ) | Chapter 13 |
| **MAUREEN MCFARLAND** | ) | Trustee: Kathleen A. Leavitt |
| | ) | |
| | ) | |
| Debtors. | ) | Date:  July 1, 2010 |
| _____ | ) | Time: |
| | | 1:30 p.m. Court Hearing |

### DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COMES NOW. the debtors DONALD MCFARLAND and MAUREEN MCFARLAND, by and through their attorneys, the LAW OFFICE OF FRANK SORRENTINO and hereby responds to the Trustee's Motion to Dismiss based upon all the papers and files of record. And any argument this Court may wish to hear.

11 U.S.C. 1307 states in relevant part"... on request of a party of interest or the United States Trustee and after notice and a hearing...may dismiss a cause for case"

The Trustee is seeking dismissal of this case due to debtor's failure to make Trustee's plan payments.  Debtors request a continuance to allow time for money they are to receive to post to their account.  Debtors will bring account current or pay off bankruptcy in full, if allow to continue. .

Wherefore, the debtor respectfully prays that this honorable Court deny the Trustee's Motion to Dismiss based on a facts stated above.

DATED: June 23, 2010

Respectfully Submitted

LAW OFFICE OF FRANK SORRENTINO

By /s/ Frank Sorrentino,Esq.

FRANK SORRENTINO. ESQ.
Nevada Bar #00421
1118 E. Carson Ave.
Las Vegas, Nevada 89101
Attorney for Debtor

2